Vineet Bhatia (VB 9964)
SUSMAN GODFREY L.L.P.
590 Madison Ave., 8th Floor
New York, NY 10022
Main Telephone: (212) 336-8330

James L. Garrity, Jr. (JG 8389)
Marc B. Hankin (MH 7001)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Adelphia Communications Corporation, et al. ) ) ) | Chapter 11 |
| Debtors ) ) _____ ) | Case No. 02-41729 (REG) Jointly Administered |
| Rembrandt Technologies, LP ) ) | |
| *Plaintiff/Counter-defendants* ) ) | Adversary Proceeding |
| ) | No. 06-01739 (REG) |
| v. ) ) | |
| Adelphia Communications Corporation; ) Century-TCI California, LP; ) Century-TCI California Communications, LP; ) Century-TCI Distribution Company, LLC; ) Century-TCI Holdings, LLC; ) Parnassos, LP; ) Parnassos Communications, LP; ) Parnassos Distribution Company I, LLC; ) Parnassos Distribution Company II, LLC; ) Parnassos Holdings, LLC; ) Western NY Cablevision, LP ) ) | ____ Civ. _____ ( ) |
| *Defendants/Counterclaimants* ) _____ | |

**REMBRANDT TECHNOLOGIES, LP'S MOTION**
**TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT**

NYDOCS03.823399

Plaintiff and Counter-defendant Rembrandt Technologies, LP ("Rembrandt") file this Motion to Withdraw the Reference to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011 and Local Rule 5011-1. For the reasons set forth in the accompanying Memorandum of Law in Support of Rembrandt Technologies, LP's Motion to Withdraw the Reference, and the Declaration of Marc B. Hankin in Support of Rembrandt Technologies, LP's Motion to Withdraw the Reference, the Court should withdraw the reference of the above-captioned adversary proceeding (the "Adversary Proceeding") to the Bankruptcy Court.

WHEREFORE, Rembrandt respectfully requests that this Court withdraw the reference of the Adversary Proceeding to the Bankruptcy Court.

Dated: January 10, 2007

        SUSMAN GODFREY L.L.P.

        By: /s/ Vineet Bhatia
            Vineet Bhatia (VB 9964)
            590 Madison Ave., 8th Floor
            New York, NY 10022
            Main Telephone: (212) 336-8330

        SHEARMAN & STERLING LLP

            James L. Garrity, Jr. (JG 8389)
            Marc B. Hankin (MH 7001)
            599 Lexington Avenue
            New York, NY 10022
            Main Telephone: (212) 848-4000
            Main Fax: (212) 848-7179

            *Attorneys for Plaintiff /Counter-defendant*
            *Rembrandt Technologies, LP*

## **CERTFICATE OF SERVICE**

      I, Marc B. Hankin, do hereby certify that on January 10, 2007, a true and correct copy of (i) Rembrandt Technologies, LP's Motion for Withdrawal of the Reference to the Bankruptcy Court (the "Motion"), (ii) Memorandum of Law in Support of the Motion, and (iii) Declaration of Marc B. Hankin in Support of the Motion, each dated January 10, 2007, was served by electronic mail and first class mail on:

Thomas Meloro
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099

Attorneys for Defendants/Counterclaimants
Adelphia Communications Corp. et al.

                                  /s/ Marc B. Hankin
                                  Marc B. Hankin

Dated: January 10, 2007

                                  SHEARMAN & STERLING LLP
                                  599 Lexington Avenue
                                  New York, New York  10022
                                  Telephone:  (212) 848-4000
                                  Facsimile:  (212) 848-7179

                                  *Co-counsel to Plaintiff / Counter-defendant*
                                  *Rembrandt Technologies, LP*